ORSON J. HUTCHINS, Appellant, v. FRANK W. HUTCHINS, Impleaded with WILLIAM M. STEPHENS, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

INGALLS STONE COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs.

INTERNATIONAL HARVESTER COMPANY OF AMERICA, Respondent, v. F. H. OLTZ, Appellant.— Judgment unanimously affirmed, with costs.

LOTBINIERE LUMBER COMPANY, Respondent, v. UNITED PAPERBOARD COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of WILLIAM J. REED, as a Creditor of HENRY M. BAILEY, Deceased, for Permission to Sell Real Estate to Pay Debts of Said HENRY M. BAILEY.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Claim of ROSANNA WOOD, for Compensation, v. TUPPER LAKE CHEMICAL COMPANY and THE TRAVELERS INSURANCE COMPANY, Appellants.— Award affirmed, on the authority of Dale v. Hual Construction Co. (175 App. Div. 284); Matter of Dale v. Saunders Bros. (218 N. Y. 59); Hartell v. Simonson & Son Co. (Id. 345). All concurred, except Woodward, J., who dissented.

In the Matter of the Claim of OSCAR CUMMINGS, Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN JOHNSON CONSTRUCTION COMPANY, Employer, and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of MARY I. OWENS, Mother, and Another, Respondents, etc., for Compensation under the Workmen's Compensation Law, v. NEW YORK MILLS CORPORATION, Employer, and AMERICAN MUTUAL COMPENSATION INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of LOUIS STAUFFENBERG, Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN P. MULLER & SON, Employer, and the CASUALTY COMPANY OF AMERICA, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of RICHARD McKAY, Respondent, for Compensation under the Workmen's Compensation Law, v. E. G. HINCHMAN COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of MINNIE GREENBERG, Widow, etc., Respondent, for Compensation under the Workmen's Compensation Law, v. CANADIAN KNITTING MILLS, Employer, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.